**Motion Granted; Dismissed and Memorandum Opinion filed August 6, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00643-CR

---

### JOHNATHAN AUGUST, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 230th District Court
### Harris County, Texas
### Trial Court Cause No. 1267096

---

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).